UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No. 18-cr-20368
      Hon. Matthew F. Leitman

D1, DAVID MARTIN KATZ,
D2, SCOTT PHILLIP ZACK

      Defendants.
_____/

### ORDER MODIFYING CONDITIONS OF RELEASE
### FOR DEFENDANTS KATZ AND ZACK

Defendants Zack and Katz are currently released on bond. One of the conditions of release prohibits them from having contact, directly or indirectly, with co-defendants, victims, and/or witnesses (including individuals identified on a list that the government provided to pre-trial services and to counsel) (the "No Contact Provision"). **IT IS HEREBY ORDERED** that the No Contact Provision is MODIFIED such that Katz and Zack may have contact with co-defendants, victims, and/or witnesses (including individuals identified on a list that the government provided to pre-trial services and to counsel) so long as Katz and Zack are in the physical presence of their own attorneys. In all other respects, the No Contact

Provision and all other conditions of release remain unchanged and in full force and effect.

    **IT IS SO ORDERED.**

        /s/Matthew F. Leitman  
        MATTHEW F. LEITMAN  
        UNITED STATES DISTRICT JUDGE

Dated:  July 1, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2019, by electronic means and/or ordinary mail.

        s/Holly A. Monda  
        Case Manager  
        (810) 341-9764